IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWARD ELORREAGE, | § § | |
| *Plaintiff,* | § § § | SA-22-CV-01352-OLG |
| vs. | § § § | |
| DR. KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant.* | § § | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for an Extension of Time [#15]. By his motion, Plaintiff, who is proceeding *pro se*, asks the Court for additional time to respond to Defendant's motion to dismiss [#14], which was filed on June 15, 2023. In his motion, Plaintiff states that he has not received a copy of the motion and only just discovered it had been filed on July 10, 2023. The record reflects a copy of the motion to dismiss was delivered by mail to Plaintiff at his address on record with the Court, 823 S. Brownleaf St., San Antonio, Texas, 78277. The Court will grant Plaintiff's motion and direct the Court to mail Plaintiff another copy of the motion, certified mail, return receipt requested.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for an Extension of Time [#15] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk mail Plaintiff a copy of Defendant's Motion to Dismiss [#14], certified mail, return receipt requested, at his address on file with the Court.

**IT IS FINALLY ORDERED** that Plaintiff file any response in opposition to Defendant's motion on or before **August 7, 2023**.

SIGNED this 17th day of July, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE