IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWARD ELORREAGE, | § | |
| *Plaintiff,* | § | SA-22-CV-01352-OLG |
| vs. | § | |
| DR. KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION; | § | |
| *Defendant.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending the District Court grant Defendant's motion to dismiss, which was been converted into a motion for summary judgment. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 12th day of October, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE